No. 858. FINANCE AND GUARANTY COMPANY *v.* HENRY W. OPPENHIMER, TRUSTEE IN BANKRUPTCY FOR W. A. LEE, TRADING AS NATIONAL MOTOR COMPANY, BANKRUPT. March 7, 1927. Petition for a writ of certiorari to the

Circuit Court of Appeals for the Fourth Circuit granted. *Mr. S. M. Brandt* for petitioner. No appearance for respondent.